THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SARA EDITH VALENTIN COTTO

DEBTOR

CASE NO: 20-04210/MCF

CHAPTER 13

**CERTIFICATE OF SERVICE
RE: CHAPTER 13 PLAN
DATED OCTOBER 27, 2020 DOCKET NO. 4**

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on November 25, 2020, a true copy of the *Debtor's Chapter 13 Plan*, filed in the above captioned case, Docket No. 4, was sent via U.S. Postal Service certified mail to the following:

**Ignacio Alvarez, President of Popular Auto, PO Box 366818, San Juan, PR 00936, Certified U.S. Mail No. 70171070000105981292**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of November, 2020.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL NO 787- 744-7699 FAX NO 787-746-5294
EMAIL: rfc@rfigueroalaw.com

