IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VALENTIN COTTO, SARA EDITH
xxx-xx-1383

DEBTOR

CASE NO. 20-04210 MCF

CHAPTER 13

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COMES NOW, SARA EDITH VALENTIN COTTO**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The DEBTOR is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated December 11, 2024, herewith and attached to this motion.

2. This Plan modification is filed for the following reasons:

   a. **correct an error in the Plan scheduled payments which were already paid-in to the Plan, the Debtor's previous proposed modified Plan Dated 11/21/2024 (Docket No. 39) had a scheduled payment of "$240 x 44 months" and the same should read "$270 x 44 months" for a proposed Plan base of $16,064.00; and**
   b. **the present proposed modified Plan is also filed to provide for "$0.00 for 3 months" since the Debtor incurred in arrears for these 3 months in the confirmed Plan payments to the Trustee for the reasons that the Debtor recently incurred in extraordinary medical expenses, also incurring in arrears in the payment of the Debtor's utility services (water and electricity), which did not allow the Debtor to maintain current Plan payments to the Trustee, causing the Plan arrears, in the present case.**

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)

  Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

  I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the Debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

  **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 11th day of December, 2024.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
Email: rfc@rfigueroalaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:
**SARA EDITH VALENTIN COTTO**

xxx-xx-1383

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** December 11, 2024.

Case No.: **3:20-bk-4210**

Chapter 13

☐ Check if this is a pre-confirmation amended plan

☒ Check if this is a post confirmation amended plan
Proposed by:
☒ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

If this is an amended plan, list below the sections of the plan that have been changed.
2.1

---

## PART 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☒ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☒ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1 Debtor(s) will make payments to the trustee as follows:

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|

| Debtor | SARA EDITH VALENTIN COTTO | | Case number | 3:20-bk-4210 |

| | | | |
|---|---|---|---|
| $200.00 | 2 | $400.00 | |
| $270.00 | 44 | $11,880.00 | |
| $0.00 | 3 | $0.00 | |
| $344.00 | 11 | $3,784.00 | |
| Subtotals | 60 Months | $16,064.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
- ☒ Debtor(s) will make payments directly to the trustee.
- ☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
- ☒ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
- ☒ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

- ☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

- ☒ The Debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the Debtor(s) state that the value of the secured claim should be as set out in the column headed Amount of Secured Claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below. If no monthly payment is listed below, distribution will be pro-rated according to section 7.2.

    The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

    The holder of any claim listed below as having value in the column headed Amount of Secured Claim will retain the lien on the property interest of the Debtor(s) or the estate(s) until the earlier of:

    (a) Payment of the underlying debt determined under nonbankruptcy law, or

    (b) Discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor. See Bankruptcy Rule 3015.

| Debtor | SARA EDITH VALENTIN COTTO | | | | Case number | 3:20-bk-4210 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name of Creditor | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Amount of Claims Senior to Creditor's Claim | Amount of Secured Claim | Interest Rate % | Monthly PMT to Creditor | Estimated Total of Monthly PMTs | |
| Popular Auto | $9,575.00 | 2014 Toyota Yaris | $7,600.00 plus 4.25% interest for a total sum to be paid of $8,400.00 | $0.00 | $9,661.05 Claim No 6-1 | 4.25% | 00.00 | 0.00 | |
| | | | | | | | Months | Starting on Plan Month | |

*Insert additional claims as needed.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☒ Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| Popular Auto | $100.00 | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

Debtor    SARA EDITH VALENTIN COTTO            Case number    3:20-bk-4210

☒ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 228.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 3,772.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ 300.00 |

4.4  **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5  **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6  **Post confirmation property insurance coverage**
*Check one.*
☐ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

☒ The Debtor(s) propose to provide post-confirmation property insurance coverage to the secured creditors listed below:

| Name od creditor insured | Insurance Company | Insurance coverage beginning date | Estimated insurance premium to be paid | Estimated tatal payments by trustee |
|---|---|---|---|---|
| Popular Auto | Eastern American Ins | 11/30/2022 | 46.00 | $1,518.00 |
| | | | Disbursed by: [ x ] Trustee [ x ] Debtor(s) | |

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1  **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $ _____ .
☐ _____ % of the total amount of these claims, an estimated payment of $_____.
☒ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $_____.

5.2  **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

5.3  **Other separately classified nonpriority unsecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

☒ **Assumed Items.** Current installment payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments eill be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the Debtor(s)..

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Luis Antonio Franco Albarran | Residential property located at Sumido Wars Carr 1 R715 Km 2.1 C | $550.00<br>Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | 0.00 | | 0.00 |

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

7.1 **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☒ Plan confirmation.
☐ Entry of discharge.
☐ Other: _____

7.2 **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

8.1 **Check "None" or list the nonstandard plan provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included on the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box Included in § 1.3.

**8.2 This Section modifies LBF-G, Part 3: retention of Lien:**
The lien holder of any allowed secured claim, provided for by the Plan in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This Section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to use all or portion of such Tax Refunds, Debtor(s) shall seek Court's authorization prior to any use of funds.

**8.4 This Section modifies LBF-G, Par : Section 3.2 Pay Value of Collateral:**
The Debtor proposes to pay Popular Auto Claim No 6-1 the value of collateral of a 2014 Toyota Yaris in the sum of $7,600.00, plus risk factor interest at a rate of 4.25% for a total sum of $8,400.00 to be paid through the Plan, the Debtor also proposes to pay car insurance (Part 4, Section 4.6) for Popular Auto's colla teral, through the Plan.

*Insert additional lines as needed.*

## PART 9: Signature(s)

*/s/Roberto Figueroa Carrasquillo*       Date  December 21, 2024
Roberto Figueroa-Carrasquillo
**Signature of Attorney of Debtor(s)**
**RFigueroa Carrasquillo Law Office PSC**

_____          Date  _____

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

```
Label Matrix for local noticing            (p)RODRIGUEZ FERNANDEZ LAW OFFICE   LLC      ORIENTAL BANK CCU
0104-3                                     ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY ACQUI   CCU BANKRUPTCY DEPARTMENT
Case 20-04210-MCF13                        P O BOX 361110                             PO BOX 364745
District of Puerto Rico                    SAN JUAN PR 00936-1110                     SAN JUAN, PR 00936-4745
Old San Juan
Wed Dec 11 07:25:14 AST 2024

POPULAR AUTO                               US Bankruptcy Court District of P.R.       Att Services
PO BOX 366818                              Jose V Toledo Fed Bldg & US Courthouse     PO Box 192830
SAN JUAN, PR 00936-6818                    300 Recinto Sur Street, Room 109           San Juan, PR  00919-2830
                                           San Juan, PR 00901-1964

Autoridad Acueductos Y Alcantarillados     (p)LUMA ENERGY                             Bureaus Investment Group Portfolio No 15 LLC
PO Box 70101                               REVENUE PROTECTION                         c/o PRA Receivables Management, LLC
San Juan, PR  00936-8101                   PO BOX 364267                              PO Box 41021
                                           SAN JUAN PR 00936-4267                     Norfolk VA 23541-1021

Capital One Bank (USA), N.A.               Capital One Bank USA N                     Comety Bank
by American InfoSource as agent            PO Box 30281                               PO Box 182789
PO Box 71083                               Salt Lake City, UT  84130-0281             Columbus, OH  43218-2789
Charlotte, NC  28272-1083

(p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB   EASTERN AMERICA INSURANCE             GE Capital Retail Bank
P O BOX 41269                              PO BOX 9023862                             170 W Election Rd Ste 125
SAN JUAN PR 00940-1269                     SAN JUAN, P.R 00902-3862                   Draper, UT  84020-6425

Island Portfolio Service, LLC / LUNA CHICA, LVNV Funding, LLC                         Midland Credit Management, Inc.
PO BOX 361110                              Resurgent Capital Services                 PO Box 51319
SAN JUAN, PR 00936                         PO Box 10587                               Los Angeles, CA  90051-5619
County: SAN JUAN-PR 00936-1110             Greenville, SC 29603-0587

Midland Funding LLC                        Oriental Bank                              POPULAR AUTO
PO Box 2011                                Retail Operation & Collections             BANKRUPTCY DEPARTMENT
Warren, MI 48090-2011                      Box 364745,                                PO BOX 366818
                                           San Juan, P.R. 00936-4745                  SAN JUAN PUERTO RICO 00936-6818
                                           Att.: Ramn A. Snchez Marrero 00936-4745

Popular Auto                               (p)PORTFOLIO RECOVERY ASSOCIATES LLC       Syncb/Car Care Pep Boy
PO Box 362708                              PO BOX 41067                               C/o
San Juan, PR  00936-2708                   NORFOLK VA 23541-1067                      PO Box 965036
                                                                                      Orlando, FL  32896-5036

Synchrony Bank                             Synchrony Bank                             The Bureaus Inc
PO Box 965033                              c/o of PRA Receivables Management, LLC     650 Dundee Rd
Orlando, FL  32896-5033                    PO Box 41021                               Northbrook, IL  60062-2757
                                           Norfolk, VA 23541-1021

JOSE RAMON CARRION MORALES                 MONSITA LECAROZ ARRIBAS                    ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                             OFFICE OF THE US TRUSTEE (UST)             PO BOX 186
SAN JUAN, PR 00902-3884                    OCHOA BUILDING                             CAGUAS, PR 00726-0186
                                           500 TANCA STREET  SUITE 301
                                           SAN JUAN, PR 00901
```

SARA EDITH VALENTIN COTTO
HACIENDA DEL RIO 18
EL JIBARITO STREET
COAMO, PR 00769

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF
PO BOX 361110
SAN JUAN, PR 00936

(d)ISLAND PORTFOLIO SERVICES LLC AS SERVICER
P O BOX 361110
SAN JUAN
SAN JUAN, PR 00936

Autoridad de Energia Electrica
PO Box 363508
San Juan, PR 00936-3508

DTOP
PO Box 41269 Minillas Station
San Juan, PR 00940-1269

(d)Island Portfolio Services, LLC as servicer
PO BOX 361110
San Juan PR 00936

(d)PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-0914

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30