## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**SARA EDITH VALENTIN COTTO**<br>**xxx–xx–1383**<br><br>Debtor(s) | Case No. **20–04210 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/10/25 |

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 12/11/24 (docket entry #43). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, January 10, 2025 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge